B. L. SINDERSON v. STATE.
No. A-1585.
OTIS TITTLE AND T. W. PRITCHETT v. STATE.
No. A-1538.
OTIS TITTLE AND T. W. PRITCHETT v. STATE.
No. A-1646.
OTIS TITTLE AND CHARLES WEBB v. STATE.
No. A-1647.   Opinions Filed March 8, 1913.

In each of the above numbered and entitled causes the appellants were convicted for violations of the prohibitory liquor law and appealed. Appeals dismissed.

PER CURIAM. It having been made to appear to the satisfaction of this court that B. L. Sinderson, the appellant in case No. A-1585 is a fugitive from justice and therefore is not subject to the jurisdiction of this court, and that appellant, Otis Tittle in causes Numbered A-1538, A-1646 and A-1647 is a fugitive from justice and is not subject to the jurisdiction of this court. It is therefore ordered by the court that said appeals of B. L. Sinderson and Otis Tittle be dismissed. But in causes No. A-1538 and A-1547 the appeals of T. W. Pritchett are not to be affected by this order. In cause No. A-1647 the appeal of Charles Webb is not to be affected by this order.

Mandates will issue at once in the cases against Otis Tittle and B. L. Sinderson.

---

HOMER WILSON v. STATE.
No. A-1609.   Opinion Filed March 11, 1913.
Appeal from Murray County Court;
Harry W. Fielding, Judge.

Homer Wilson was convicted of a violation of the prohibition law and appeals. Appeal dismissed.

PER CURIAM. Plaintiff in error, Homer Wilson, was convicted of a violation of the prohibition laws and was on November 9th, 1911, in accordance with the verdict of the jury, sentenced to serve a term of thirty days in the county jail and to pay a fine of fifty dollars. To reverse this judgment an appeal was perfected. Plaintiff in error has filed a motion to dismiss his appeal for the following reasons: First: That he has been surrendered by his bondsmen and is now in the county jail. Second: That he is arranging to apply to the Governor for a parol. The motion to dismiss the appeal is allowed and the appeal is hereby dismissel. Mandate will issue forthwith.